UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROBINSON,

    Plaintiff,
v.                                        Case No. 15-14345

DONNA BEAUVAIS,               Hon. Terrence G. Berg
                                                Hon. Mona K. Majzoub

    Defendants.
_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION (DKT. 23) AND DENYING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (DKT. 18)

This matter is before the Court on Magistrate Judge Mona K. Majzoub's September 28, 2016 report and recommendation (Dkt. 23), recommending that Defendant's motion for summary judgment (Dkt. 18) be denied.

The Court has carefully reviewed the Magistrate Judge's report and recommendation, and finds it well reasoned and supported by the relevant law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). If a party files written objections, the district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. As of this date, no party filed any objections to the report and recommendation, and the time to do so has now expired, meaning the district court is not obligated to review the record independently. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court

will therefore accept the Magistrate Judge's report and recommendation of September 28, 2016, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of September 28, 2016 (Dkt. 23) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendant's motion for summary judgment (Dkt. 18) is **DENIED**.

**SO ORDERED.**

Dated:  December 21, 2016                     s/Terrence G. Berg
                                              TERRENCE G. BERG
                                              UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on December 21, 2016, using the CM/ECF system, which will send notification to all parties.

                                              s/S. Burns
                                              Case Manager