UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROBINSON,

    Plaintiff,

v.                                          Case No. 15-14345

DONNA BEAUVAIS,               Hon. Terrence G. Berg
                                                             Hon. Mona K. Majzoub

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (DKT. 36) AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 27)

This matter is before the Court on Magistrate Judge Mona K. Majzoub's April 12, 2017 report and recommendation (Dkt. 36), recommending that Plaintiff's motion for summary judgment (Dkt. 27) be denied.

The Court has carefully reviewed the Magistrate Judge's report and recommendation, and finds it well reasoned and supported by the relevant law.

The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). If a party files written objections, the district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* As of this date, no party filed any objections to the report and recommendation, and the time to do so has now expired, meaning the district court is not obligated to review the record independently. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

The Court will therefore accept the Magistrate Judge's report and recommendation of April 12, 2017, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of April 12, 2017 (Dkt. 36) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 27) is **DENIED**.

**SO ORDERED.**

Dated: May 10, 2017　　　　　　　　　　　　　s/Terrence G. Berg
　　　　　　　　　　　　　　　　　　　　　　　TERRENCE G. BERG
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically submitted on May 10, 2017, using the CM/ECF system, which will send notification to all parties.

　　　　　　　　　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　　　　　　　　　Case Manager