# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL ROBINSON,

    Plaintiff,

v.

DONNA BEAUVAIS,

    Defendant.

Case No. 15-14345
Hon. Terrence G. Berg
Hon. Mona K. Majzoub

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 42)

This matter is before the Court on Magistrate Judge Mona K Majzoub's January 16, 2018 Report and Recommendation, Dkt. 42, recommending that the Court DENY Defendant's Motion for Dismissal and Costs (Dkt. 39).

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.*

Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court has nevertheless reviewed the report and will accept its recommendation with the modification that two typographical errors referring to the "Missouri Department of Corrections", found on Pg. ID 236, lines 18-19; and on Pg. ID 237, line 11 will be corrected to state "Mississippi Department of Corrections." With those modifications, the Court will accept the Magistrate's Report and Recommendation of January 16, 2018 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of January 16, 2018 is **ACCEPTED** and **ADOPTED as MODIFIED**.

**SO ORDERED.**

Dated: March 20, 2018            s/Terrence G. Berg
                                                   TERRENCE G. BERG
                                                   UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on March 20, 2018.

s/A. Chubb
Case Manager
