# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL ROBINSON,

       Plaintiff,

v.

DONNA BEAUVIAS,

       Defendant.

Case No. 15-14345
Hon. Terrence G. Berg

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on Magistrate Mona K. Majzoub's November 28, 2018 Report and Recommendation (Dkt. 47), recommending that Defendant Donna Beauvias' Motion for Summary Judgment (Dkt. 44) be granted, and that all claims against her be dismissed.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). As of this date, Plaintiff has not filed any objections, and the time to do so has expired.

1

The district court makes a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court therefore accepts the Magistrate Judge's Report and Recommendation of November 28, 2018 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of November 28, 2018, (Dkt. 47) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendant Donna Beauvias' Motion for Summary Judgment (Dkt. 44) is **GRANTED**, and that all claims against her are **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Dated: January 31, 2019     s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically submitted on January 31, 2019, using the CM/ECF system, which will send notification to all parties.

                            s/A. Chubb
                            Case Manager